■ HARRY A. GAIR et al., Respondents, v. DAVID W. PECK et al., Individually and as Justices of the Appellate Division of the Supreme Court of the State of New York in and for the First Judicial Department, Appellants.— Motion for permission to appeal to the Court of Appeals granted and this court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ TRI-STATE CONCRETE, INC., et al., Respondents, v. NATIONAL MUTUAL INSURANCE Co., Appellant, et al., Defendants.— Motion for permission to appeal to the Court of Appeals denied, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.